

**Entered on Docket
July 29, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
Deutsche Bank National Trust Company, as Trustee for FFMLT 2006-FF13, it assignees and/or successors, and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-14655-bam |
| | ) |
| Kenneth W. Torres | ) Chapter 13 |
| Stephanie J. Torres, | ) |
| | ) DATE: 07/20/10 |
| Debtors. | ) TIME: 01:30 pm |
| | ) |
| | ) **INTERIM ORDER** |

     The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                M&H File No NV-10-25249
                                                                            10-14655-bam

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. 362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 316 Misty Moonlight Street, Las Vegas, NV 89015, **for the limited purposes** of evaluating the Debtor for a possible loan modification, and entering into a final modification, if any.

IT IS FURTHER ORDERED that the Trustee shall immediately release the Trustee Reserve Funds, in the sum of $485.84 per month, representing 0.25% of the value of the property as set forth in Schedule A, and continuing each month that said funds are deposited with the Trustee.

IT IS FURTHER ORDERED that the Debtor shall fully cooperate with the Trustee's efforts to release said funds in accordance with the terms of this order.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*  
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
(702) 685-0329


Approved/Disapproved

*/s/ Michael J. Brock*  
Michael J. Brock
Haines & Krieger
Counsel for Debtors

Approved/Disapproved

*Emailed 07/21/10-no response received*  
Rick A. Yarnall,
Chapter 13 Trustee

*Rev. 12.09*                                                                M&H File No NV-10-25249
                                                                            10-14655-bam

<u>ALTERNATIVE METHOD re RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Michael J. Brock-signed

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall-Emailed 07/21/10-no response received

/s/ Christopher K. Lezak, Esq.
Christopher K. Lezak, Esq.

*Rev. 12.09*　　　　　　　　　　　　　　　　　　　　　　　M&H File No NV-10-25249
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10-14655-bam